UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City and Municipal Corporation, et al.; Plaintiffs - Appellants, v. GAVIN NEWSOM, individually and in his official capacity as Governor of the State of California, et al.; Defendants - Appellees. | No. 23-3694 D.C. No. 8:23-cv-00421-FWS-ADS Central District of California, Santa Ana ORDER |

Before: CALLAHAN and H.A. THOMAS, Circuit Judges.

Appellants' unopposed request for judicial notice in support of the motion for injunctive relief (Docket Entry No. 18) is granted.

The motion for injunctive relief (Docket Entry No. 17) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The existing briefing schedule remains in effect.