# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-3694

**Case Name** City of Huntington Beach, et al. v. Newsom, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** David Mehretu

List the sitting dates for the two sitting months you were asked to review:

October 7 through October 11, 2024, October 21 through October 25, 2024, November 4 through November 8, 2024, November 11 through November 15, 2024, and November 18 through November 22, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Unavailable November 4 through 8, 2024 for the following reason: SCAG representative is unavailable at that time.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ David Mehretu **Date** June 12, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018