No. 23-3694

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

City of Huntington Beach, *et al.*,
    *Plaintiffs- Appellants*,

v.

Gavin Newsom, *et al.*,
    *Defendants-Appellees*.

———————————

**On Appeal from the United States District Court
for the District of California**
No. 8:23-CV-00421-FWS-ADSx
The Honorable Fred W. Slaughter

———————————

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
PETITION FOR REHEARING EN BANC**

———————————

Rob Bonta
  *Attorney General of California*
Daniel A. Olivas
  *Senior Assistant Attorney General*
David Pai
  *Supervising Deputy Attorney General*
Thomas P. Kinzinger
  *Deputy Attorney General*
Matthew T. Struhar
  *Deputy Attorney General*

California Department of Justice
300 S. Spring Street, Ste. 1702
Los Angeles, CA 90013
Telephone: (213) 269-6230
Fax: (916) 731-2121
thomas.kinzinger@doj.ca.gov

*Attorneys for Defendants and
Appellees Gavin Newsom, the
California Department of Housing
and Community Development, and
Gustavo Velasquez*

December 10, 2024

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Defendants-Appellees respectfully request a 21-day extension of time to file an opposition to the petition for rehearing en banc, up to and including Monday, January 13, 2025. Defendants-Appellees have not previously requested an extension of time to file an opposition to the petition for rehearing en banc.

The panel in this appeal issued its opinion and entered judgment on October 30, 2024. Plaintiffs-Appellants filed the petition for rehearing en banc on November 13, 2024. The Court directed Defendants-Appellees to file a response to the petition for rehearing en banc within 21 days on December 2, 2024. The opposition to the petition is currently due on December 23, 2024. This motion, if granted, would extend the time for filing the opposition by 21 days, to January 13, 2025. Co-Defendant-Appellee Southern California Association of Governments (SCAG) does not oppose the extension request. Kinzinger Decl. ¶ 4. Defendants-Appellants oppose the request. Kinzinger Decl. ¶ 5.

As the accompanying Declaration of Thomas Kinzinger explains, this request is supported by a showing of diligence and substantial need. First, preparation of the opposition to the petition for rehearing en banc will require sufficient time for collaboration among several attorneys in the Department of Justice, as well as attorneys in the Governor's Office. Kinzinger Decl. ¶ 7. Second, the Christmas and

1

New Year's Day holidays fall directly after the initial timeframe allowed for preparation of the opposition, which will delay preparation of the opposition and attorneys' collaboration due to pre-scheduled holiday absences and travel before the holidays. Kinzinger Decl. ¶ 7. Counsel for Defendants-Appellees have exercised diligence in this matter and will continue to do so, and anticipate that the opposition will be filed within the time requested. Kinzinger Decl. ¶ 8.

There are no designated transcripts from the district court in this appeal, and thus no court reporter is in default. Kinzinger Decl. ¶ 9; 9th Cir. R. 31-2.2(b)(7).

For the reasons stated above and set forth in the accompanying Declaration of Thomas Kinzinger, Defendants-Appellees respectfully request a 21-day extension of the time to file the opposition to the petition for rehearing en banc, up to and including January 13, 2025.

Dated:  December 10, 2024	Respectfully submitted,

      *s/Thomas P. Kinzinger*

ROB BONTA
  *Attorney General of California*
DANIEL A. OLIVAS
  *Senior Assistant Attorney General*
DAVID PAI
  *Supervising Deputy Attorney General*
THOMAS P. KINZINGER
  *Deputy Attorney General*
MATTHEW T. STRUHAR
  *Deputy Attorney General*

  *Attorneys for Defendants and Appellees Gavin Newsom, the California Department of Housing and Community Development, and Gustavo Velasquez*

3

No. 23-3694

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CITY OF HUNTINGTON BEACH, *et al.*,
                               *Plaintiffs- Appellants*,

v.

GAVIN NEWSOM, *et al.*,
                               *Defendants-Appellees*.

**On Appeal from the United States District Court
for the District of California**
No. 8:23-CV-00421-FWS-ADSx
The Honorable Fred W. Slaughter

**DECLARATION OF THOMAS KINZINGER IN
SUPPORT OF MOTION FOR EXTENSION OF
TIME**

ROB BONTA
  *Attorney General of California*
DANIEL A. OLIVAS
  *Senior Assistant Attorney General*
DAVID PAI
  *Supervising Deputy Attorney General*
THOMAS P. KINZINGER
  *Deputy Attorney General*
MATTHEW T. STRUHAR
  *Deputy Attorney General*

CALIFORNIA DEPARTMENT OF JUSTICE
300 S. Spring Street, Ste. 1702
Los Angeles, CA 90013
Telephone: (213) 269-6230
Fax: (916) 731-2121
thomas.kinzinger@doj.ca.gov

*Attorneys for Defendants and
Appellees Gavin Newsom, the
California Department of Housing
and Community Development, and
Gustavo Velasquez*

December 10, 2024

I, Thomas P. Kinzinger, declare:

1. I have personal knowledge of the matters set forth below and, if called to testify them, could do so competently.

2. I am a Deputy Attorney General in the California Department of Justice, and I am part of the team representing Defendants-Appellees, Governor Gavin Newsom, the California Department of Housing and Community Development, and Gustavo Velasquez, the Director of Department of Housing and Community Development. I have principal responsibility for the preparation of Defendants-Appellees' opposition to the petition for rehearing en banc.

3. Defendants-Appellees seek a 21-day extension of time to file the opposition. By court order, Defendants-Appellees' opposition to the petition for rehearing en banc is currently due on or before December 23, 2024. If the requested extension were granted, Defendants-Appellees' opposition would be due on January 13, 2025.

4. On December 9, 2024, I contacted counsel for co-Defendant-Appellee Southern California Association of Governments (SCAG) via e-mail and asked whether SCAG objected to Defendants-Appellees' request to extend the deadline to respond to the petition. Counsel for SCAG replied on the same day and stated that SCAG did not oppose this request for an extension of time.

1

5. On December 9, 2024, I contacted counsel for Plaintiffs-Appellants via e-mail and asked whether Plaintiffs-Appellants objected to Defendants-Appellees' request to extend the deadline to respond to the petition. Counsel for Plaintiffs-Appellants replied on December 10, 2024 and stated that Plaintiffs-Appellants opposed this request for an extension of time.

6. Defendants-Appellees have not previously requested an extension of time to file the opposition to the en banc petition.

7. Defendants-Appellees respectfully request a 21-day extension of time for the following reasons. First, preparation of the opposition to the petition for rehearing en banc will require sufficient time for collaboration among several attorneys in the Department of Justice, including review by attorneys in the Land Use and Conservation Section, the Office of the Solicitor General, and the Governor's Office. Second, the Christmas and New Year's Day holidays fall directly after the initial timeframe allowed for preparation of the opposition, which will delay preparation of the opposition and attorneys' collaboration due to pre-scheduled holiday absences and travel before the holidays.

8. Counsel for Defendants-Appellees have exercised diligence in this matter and will continue to do so, and anticipate that the opposition will be filed within the time requested.

9. There are no designated transcripts from the district court in this appeal, and thus no court reporter is in default.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 10, 2024, in Los Angeles, California.

<u>s/ Thomas P. Kinzinger</u><br>
Thomas P. Kinzinger

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion compiles with the requirements of Federal Rule of Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1 because it contains 382 words, excluding the accompanying declaration exempted by Federal Rule of Appellate Procedure 27(a)(2)(B). I further certify that the motion's type size and typeface comply with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman font.

Dated: December 10, 2024                    *s/ Thomas P. Kinzinger*
                                                                              Thomas Kinzinger

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2024, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all other participants in this case are CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 10, 2024         *s/ Thomas P. Kinzinger*
                                 Thomas P. Kinzinger