# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 13, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 18 2025

FILED
DOCKETED
DATE

Re: City of Huntington Beach, California, et al.
v. Gavin Newsom, Governor of California, et al.
Application No. 25A12
(Your No. 23-3694)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on August 13, 2025, extended the time to and including September 18, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Michael Joseph Vigliotta
City Attorney's Office City of Huntington Beach
2000 Main Street
Huntington Beach, CA 92648


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526