# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 23, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: City of Huntington Beach, California, et al.
v. Gavin Newsom, Governor of California, et al.
No. 25-337
(Your No. 23-3694)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 18, 2025 and placed on the docket September 23, 2025 as No. 25-337.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst